

SANDEE BRYAN MARION
CHIEF JUSTICE

KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON K. PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 22, 2015

Joseph Casseb
Goode Casseb Jones
Ricklin Choate & Watson
2122 Main Avenue
San Antonio, Texas 78212

RE:     Court of Appeals Number:     04-14-00905-CV
        Style:                        Escondido Resources II, LLC v Justaphor Ranch, L.C.

Dear Mr. Casseb:

   We have received your Alternative Dispute Resolution report in this case.  On behalf of the entire Court, I thank you for lending your skill as a mediator in an effort to resolve the dispute.

                    Very truly yours,

                    Marialyn Barnard, Justice

Cc:     Robert Dubose
        Patton Lockridge
        Timothy Patton
        James Keenan
        Wallace Jefferson